**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Vincent Craig Stevenson v. The State of Texas

Appellate case number:   01-13-00452-CR

Trial court case number:  1362966

Trial court:            263rd District Court of Harris County

      On August 22, 2013, we dismissed this appeal for want of jurisdiction. On August 27, 2013, appellant, Vincent Craig Stevenson, filed a "Request to Withdraw Appeal," requesting that his "notice of appeal be withdrawn."

      Accordingly, we dismiss Stevenson's "Request to Withdraw Appeal" as moot.

      It is so ORDERED.

Judge's signature: /s/ <u>Terry Jennings</u>
                     ☐ Acting individually    ☒ Acting for the Court

Date: <u>November 7, 2013</u>